# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NILOY, INC.,<br>NILHAN DEVELOPERS, LLC,<br>DCT SYSTEMS GROUP, LLC,<br>SUGARLOAF CENTRE, LLC,<br>NRCT, LLC, NILOY & ROHAN, LLC,<br>JAX FAIRFIELD FINANCIAL, LLC,<br>BAY CIRCLE PROPERTIES, LLC,<br>SALONI THAKKAR and<br>CHITTRANJAN K. THAKKAR,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK,<br>NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No.<br>_____<br><br>Removed from the Superior<br>Court of Gwinnett County,<br>Georgia:<br>Civil Action File<br>No. 15A-04923-10 |

## NOTICE OF REMOVAL

Defendant Wells Fargo Bank, National Association ("**Wells Fargo**"), hereby removes the above-styled Civil Action File No. 15A-04923-10 (the "**Superior Court Action**") from the Superior Court of Gwinnett County, Georgia, to this Court pursuant to 28 U.S.C. §§ 1332(a), 1441(b), and 1446.  A copy of all process, pleadings, and orders sent to counsel for Wells Fargo in the Superior Court Action is attached hereto as Exhibit A.

## General Requirements

1. This Notice of Removal is based upon diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446.

2. Plaintiffs instituted the Superior Court Action on May 1, 2015. Counsel for Plaintiffs sent a copy of the Summons and Complaint to undersigned counsel for Defendant via electronic mail on May 1, 2015. Attached hereto as Exhibit A is a true and accurate copy of all process, orders, or pleadings received by counsel for Defendant in the Superior Court Action.

3. The Northern District of Georgia is the federal judicial district embracing Gwinnett County, Georgia, where this action originally was filed. See 28 U.S.C. § 90(a). Therefore, venue is proper in this District pursuant to 28 U.S.C. § 1441(a).

## Diversity Jurisdiction

**A. Amount In Controversy**

4. Pursuant to 28 U.S.C. § 1332(a), this Court has diversity jurisdiction over this suit because there is complete diversity between the parties and because the amount in controversy, exclusive of interest and costs, exceeds $75,000.

5. Based upon a fair reading of Plaintiffs' *Complaint* (the "**Complaint**") filed in the Superior Court Action and the nature of the claims asserted, the amount

in controversy in this action exceeds the sum of $75,000, exclusive of interest, costs and attorneys' fees, and the amount in controversy therefore exceeds $75,000 as required by 28 U.S.C. §§ 1332(a) and 1441(b).

**B.     Diversity of Citizenship**

6.     Plaintiff Niloy, Inc., is a Georgia corporation with its registered principal office address at 6050 Peachtree Industrial Boulevard, Norcross, Georgia, 30071, and its principal place of business in Georgia. Thus, Niloy, Inc. is a citizen of the State of Georgia for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332(a)(1). *See* 28 U.S.C. § 1332(c)(1).

7.     Plaintiff Nilhan Developers, LLC ("**Developers**"), is a Georgia limited liability company with its registered principal office address at 6050 Peachtree Industrial Boulevard, Norcross, Georgia, 30071, and its principal place of business in Georgia. The members of Developers Niloy Chittranjan Thakkar ("**NCT**") and Rohan C. Thakkar ("**RCT**"). NCT and RCT are both individual citizens of the State of Georgia. Thus, Developers is a citizen of the State of Georgia for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332(a)(1). *See, e.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir.2004) ("[A] limited liability company is a citizen of any state of which a member of the company is a citizen.")

8. Plaintiff DCT Systems Group, LLC ("**DCT**"), is a Georgia limited liability company with its registered principal office address at 6050 Peachtree Industrial Boulevard, Norcross, Georgia, 30071, and its principal place of business in Georgia. The members of DCT are NCT and RCT. NCT and RCT are both individual citizens of the State of Georgia. Thus, DCT is a citizen of the State of Georgia for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332(a)(1). *Id.*

9. Plaintiff Sugarloaf Centre, LLC ("**Sugarloaf Centre**"), is a Georgia limited liability company with its registered principal office address at 6050 Peachtree Industrial Boulevard, Norcross, Georgia, 30071, and its principal place of business in Georgia. The sole member of Sugarloaf Centre is Sugarloaf Centre Partners, LLC, ("**Sugarloaf Partners**"), a Georgia limited liability company with its registered principal office address at 6050 Peachtree Industrial Boulevard, Norcross, Georgia, 30071, and its principal place of business in Georgia. The members of Sugarloaf Partners are (a) NRCT, a citizen of the State of Georgia (as discussed below); and (b) NCT Systems, Inc., a Florida corporation with its registered principal office address at 17885 Collins Avenue, Unit 4001, Sunny Isles Beach, Florida 33160, and its principal place of business in Florida. Thus, Sugarloaf Centre is a citizen of the State of Florida and the State of Georgia for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332(a)(1). *Id.*

10. Plaintiff NRCT, LLC ("**NRCT**"), is a Georgia limited liability company with its registered principal office address at 6050 Peachtree Industrial Boulevard, Norcross, Georgia, 30071, and its principal place of business in Georgia. The members of NRCT are NCT and RCT. NCT and RCT are both individual citizens of the State of Georgia. Thus, NRCT is a citizen of the State of Georgia for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332(a)(1). *Id.*

11. Plaintiff Niloy & Rohan, LLC ("**Niloy & Rohan**"), is a Georgia limited liability company with its registered principal office address at 6050 Peachtree Industrial Boulevard, Norcross, Georgia, 30071, and its principal place of business in Georgia. The members of Niloy & Rohan are NCT and RCT. NCT and RCT are both individual citizens of the State of Georgia. Thus, Niloy & Rohan is a citizen of the State of Georgia for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332(a)(1). *Id.*

12. Plaintiff Jax Fairfield Financial, LLC ("**JAX**"), is a Florida limited liability company with its registered principal office address at 17885 Collins Avenue, Unit 4001, Sunny Isles Beach, Florida 33160, and its principal place of business in Florida. The members of JAX are NCT and RCT. NCT and RCT are both individual citizens of the State of Georgia. Thus, JAX is a citizen of the State

of Georgia for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332(a)(1). *Id.*

13.     Plaintiff Bay Circle Properties, LLC ("**Bay Circle**"), is a Florida limited liability company with its registered principal office address at 17885 Collins Avenue, Unit 4001, Sunny Isles Beach, Florida 33160, and its principal place of business in Georgia.  The members of Bay Circle are Saloni Thakkar ("**SCT**") and Chittranjan K. Thakkar ("**CKT**").  SCT and CKT are both individual citizens of the State of Florida.  Thus, Bay Circle is a citizen of the State of Florida for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332(a)(1).  *Id.*

14.     Plaintiff SCT is an individual citizen of the State of Florida with a primary residential address at 17885 Collins Avenue, Unit 4001, Sunny Isles Beach, Florida  33160.   Thus, SCT is a citizen of the State of Florida for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332(a)(1).

15.     Plaintiff CKT is an individual citizen of the State of Florida with a primary residential address at 17885 Collins Avenue, Unit 4001, Sunny Isles Beach, Florida  33160.   Thus, CKT is a citizen of the State of Florida for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332(a)(1).

16.     Wells Fargo is a national banking association with its designated main office at 101 N. Phillips Avenue, Sioux Falls, South Dakota 57104 .  Thus, Wells Fargo is a citizen of the State of South Dakota for purposes of evaluating diversity

jurisdiction under 28 U.S.C. § 1332(a)(1). *See Wachovia Bank v. Schmidt,* 546 U.S. 303, 126 S. Ct. 941, 163 L. Ed. 2d 797 (2006) (citizenship of a national banking association is the bank's designated main office).

17. There is complete diversity between Plaintiffs and Defendant as required by *Strawbridge v. Curtiss*, 7 U.S. 267 (1806).

WHEREFORE, Defendant requests that this civil action proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, as an action properly removed, and that no further proceedings be had in said case in the Superior Court of Gwinnett County, Georgia.

Respectfully submitted, this 3rd day of May, 2015.

      **PARKER, HUDSON, RAINER & DOBBS LLP**
      Attorneys for Wells Fargo Bank, National Association

      By: /s/ *Joshua J. Lewis*
          James S. Rankin, Jr.
          Georgia Bar No. 594620
          Joshua J. Lewis
          Georgia Bar No. 303211

1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, Georgia 30303
(404) 523-5300
jrankin@phrd.com
jlewis@phrd.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), the undersigned counsel hereby certifies that the foregoing pleading has been prepared in Times New Roman 14 point, one of the fonts and points approved by LR 5.1(B).

Respectfully submitted, this 3rd day of May, 2015.

                                         **PARKER, HUDSON, RAINER & DOBBS LLP**
                                         Attorneys for Wells Fargo Bank, National Association

                                         By: /s/ *Joshua J. Lewis*
                                              James S. Rankin, Jr.
                                              Georgia Bar No. 594620
                                              Joshua J. Lewis
                                              Georgia Bar No. 303211

1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, Georgia  30303
(404) 523-5300
jrankin@phrd.com
jlewis@phrd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF REMOVAL** to the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to the following attorney of record, who is a registered participant in the Court's electronic notice and filing system.

This 3rd day of May, 2015.

                                              By: /s/ *Joshua J. Lewis*
                                                    Joshua J. Lewis
                                                    Georgia Bar No. 303211